

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/2020
```

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF Only

July 8, 2020

U.S. District Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Nelson v. J's Poke LLC et al.*, Case No. 1:20-cv-1770-AT

Dear District Judge Torres:

This office represents the Plaintiff Kareem Nelson ("Plaintiff") in connection with the above-referenced action. An Initial Conference is currently scheduled in this matter for July 15, 2020 at 11:00 a.m. This is Plaintiff's first request for an adjournment of the conference, and our request will not prejudice any of the parties or affect any other scheduled dates since the defendants have not yet appeared in this action. The request is necessary in hopes that our additional efforts to reach the defendants will cause them will appear in this action so that the parties may engage in early settlement discussions prior to such motion practice. Accordingly, it is respectfully requested that Your Honor reschedule the conference and all of its deadlines to a date of its convenience or to a date in mid-August.

We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

/s/ *Erik M. Bashian*

_____
Erik M. Bashian, Esq.

---

GRANTED. The initial pretrial conference scheduled for July 15, 2020 is ADJOURNED to **August 25, 2020**, at **10:40 a.m.** The conference will be held telephonically; the parties are directed to refer to the dial-in information at ECF No. 15. By **August 18, 2020**, the parties shall submit their joint letter and proposed case management plan.

If Defendants have not appeared in the action by the submissions deadline, Plaintiff shall file a status letter by **August 18, 2020** stating the efforts made to reach Defendants.

Dated: July 9, 2020
New York, New York

_____
ANALISA TORRES
United States District Judge