

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/20/2020
```

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

November 18, 2020

United States District Judge Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, New York 10007

Re: *Nelson v. J's Poke LLC d/b/a Hula Poke et al.*, Case No.: 1:20-cv-1770-AT

Dear Judge Torres:

Please be advised that this office represents the Plaintiff Kareem Nelson ("Plaintiff") in connection with the above-referenced action. As previously reported, the above-referenced action has been settled, and a settlement agreement has been drafted and provided to counsel for the defendants. Currently, Plaintiff is waiting for confirmation from counsel for the defendants that the agreement can be circulated for execution. Respectfully, we are requesting together with counsel for the defendants, an extension of time for thirty (30) days to file an application to reopen or file a Stipulation of Dismissal, so that the parties can finalize the settlement.

We thank the Court for your time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

/s/ *Erik M. Bashian*
_____
Erik M. Bashian, Esq.

GRANTED. By **December 20, 2020**, the parties shall file any application to reopen.

SO ORDERED.

Dated: November 20, 2020
       New York, New York

ANALISA TORRES
United States District Judge