UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM NELSON,

                    Plaintiff,

            v.

J'S POKE LLC d/b/a Hula Poke, and
TITAN WEST ASSOCIATES, L.P.,

                    Defendants.

Case No. 1:20-cv-1770-AT

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

        IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff KAREEM

NELSON ("Plaintiff") and Defendants J'S POKE LLC d/b/a Hula Poke, and TITAN WEST

ASSOCIATES, L.P. ("Defendants"), through their undersigned respective counsel, that the

above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to

bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

Civil Procedure.

Dated: New York, New York
       **December 7**        , 2020

                        **[INTENTIONALLY LEFT BLANK]**
                        **[SIGNATURE PAGE TO FOLLOW]**

BASHIAN & PAPANTONIOU, P.C.

By: _____

Erik M. Bashian, Esq.
*Attorneys for Plaintiff*
500 Old Country Road, Suite 302
Garden City, NY 11530
Email:  eb@bashpalaw.com

DANIEL L. MILLMAN, ESQ., P.C..

By: _____

Daniel L. Millman, Esq.
*Attorneys for Defendant*
*J's Poke LLC d/b/a Hula Poke*
500 North Broadway, Suite 153
Jericho, New York 11753
Email: dlmillman@optimum.net

BOYD RICHARDS PARKER & COLONNELLI, P.L.

By: _____

Gary Ehrlich, Esq.
*Attorneys for Defendant*
*Titan West Associates, L.P.*
1500 Broadway, Suite 505
New York, New York 10036
Email: gehrlich@boydlawgroup.com

**SO ORDERED:**

_____

HON.

BASHIAN & PAPANTONIOU, P.C.

By: _____

    Erik M. Bashian, Esq.
    *Attorneys for Plaintiff*
    500 Old Country Road, Suite 302
    Garden City, NY 11530
    Email:  eb@bashpaplaw.com

DANIEL L. MILLMAN, ESQ., P.C..

By: _____

    Daniel L. Millman, Esq.
    *Attorneys for Defendant*
    *J's Poke LLC d/b/a Hula Poke*
    500 North Broadway, Suite 153
    Jericho, New York 11753
    Email: dlmillman@optimum.net

BOYD RICHARDS PARKER & COLONNELLI, P.L.

By: _____

    Gary Ehrlich, Esq.
    *Attorneys for Defendant*
    *Titan West Associates, L.P.*
    1500 Broadway, Suite 505
    New York, New York 10036
    Email: gehrlich@boydlawgroup.com

**SO ORDERED:**

_____
HON.